**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Douglas V. Gratz,<br><br>　　　　　　　　　　Debtor. | Case No. 25-10091-PMM<br>Chapter 13 |

**Order Granting Motion to Extend the Automatic Stay**

　　And now, after consideration of the Motion to Extend the Automatic Stay filed by Debtor Douglas V. Gratz, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and will remain in effect unless modified by the Court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).


Date: _____

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Patricia M. Mayer
　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge