# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Douglas V. Gratz,<br><br>                    Debtor. | Case No. 25-10091-PMM<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the Motion to Extend the Automatic Stay, Notice, and Proposed Order to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

Date: January 9, 2025

_/s/ Michael A. Cibik_

Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Affirm, Inc.
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540


Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634


Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Carvana/Bridgecrest
Dept. APS
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901


Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040


City of Philadelphia
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia  
Parking Violation Branch  
PO Box 41819  
Philadelphia, PA 19101-1819  

Comenity Bank  
Attn: Bankruptcy  
PO Box 182125  
Columbus, OH 43218  

Credit One Bank  
Attn: Bankruptcy  
6801 S Cimarron Rd  
Las Vegas, NV 89113-2273  

Discover Financial  
Attn: Bankruptcy  
2500 Lake Cook Rd  
Riverwoods, IL 60015-3851  

Dsnb Bloomingdales  
Attn: Recovery "Bk"  
PO Box 9111  
Mason, OH 45040  

Goldman Sachs Bank USA  
Attn: Bankruptcy  
200 West St  
New York, NY 10282-2102  

Huntington National Bank  
Attn: Bankruptcy  
PO Box 340996  
Columbus, OH 43234  

Internal Revenue Service  
Centralized Insolvency Operation  
PO Box 7346  
Philadelphia, PA 19101-7346

Jpmcb  
MailCode LA4-7100 700 Kansas Lane  
Monroe, LA 71203

JPMorgan Chase Bank, N.A.  
s/b/m/t Chase Bank USA, N.A.  
c/o National Bankruptcy Services, LLC  
P.O. Box 9013  
Addison, TX 75001

Lending Club  
Attn: Bankruptcy  
595 Market St  
San Francisco, CA 94105-2802

Macy's/ DSNB  
Atytn: Bankruptcy 701 E. 60th Street North  
Sioux Falls, SD 57104

Mariner Finance, LLC  
Attn: Bankruptcy 8211 Town Center Drive  
Nottingham, MD 21236

Optmbnk/gsky  
1797 Ne Expressway  
Atlanta, GA 30329

Pennsylvania Attorney General  
16th Floor, Strawberry Square  
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue  
Bankruptcy Division  
1 Revenue Pl  
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking
Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Prosper Funding, Llc
Attn: Bankruptcy Dept Attn: Bankruptcy
Dept
221 main Street , Ste 300
San Francisco, CA 94105

Quorum Fcu
2 Manhattanville R
Purchase, NY 10577

Santander Consumer Usa
Attn: Bankruptcy
PO Box 961211
Fort Worth, TX 76161

Synchrony Bank
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Thunderroad Financia

U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404


U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683


Univest Bank & Trust C
14 Main St
Souderton, PA 18964


Upgrade, Inc.
Attn: Bankruptcy
2 N Central Ave Fl 10
Phoenix, AZ 85004-2322


Upstart Finance
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070


Verizon
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901


Wells Fargo Bank
MAC S4101-08C
PO Box 29482
Phoenix, AZ 85038