**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Douglas V. Gratz<br><br>                  Debtor. | Case No. 25-10091-PMM<br><br>Chapter 13<br><br>Related to ECF No. 5 |

**Certificate of No Response**

    I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the Motion to Extend the Automatic Stay ("the Motion") filed on January 9, 2025. Pursuant to the notice, responses were to be filed and served on or before January 23, 2025. I respectfully request that the proposed order attached to the application be entered at the earliest convenience of the Court.

Date: January 28, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com