United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Douglas V. Gratz  
    Debtor

Case No. 25-10091-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Feb 06, 2025     Form ID: pdf900     Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Douglas V. Gratz, 8049 Pine Rd Apt A1, Philadelphia, PA 19111-1837 |
| 14966911 | + | Optmbnk/gsky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14966915 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14967294 | + | ThunderRoad Financial LLC, Attn: Bankruptcy, PO Box 631727, Irving, TX 75063-0001 |
| 14966923 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14966924 | + | Univest Bank & Trust C, 14 Main St, Souderton, PA 18964-1713 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 06 2025 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2025 00:13:26 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14966890 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 06 2025 23:59:49 | Affirm, Inc., c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14966891 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2025 23:59:54 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14966892 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 06 2025 23:54:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14966893 | | Email/Text: BarclaysBankDelaware@tsico.com | Feb 06 2025 23:54:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14967641 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2025 00:00:37 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14966897 | | Email/Text: megan.harper@phila.gov | Feb 06 2025 23:54:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14966894 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2025 00:00:37 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14971225 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2025 23:59:54 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14973608 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2025 00:01:27 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14966895 | | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 07 2025 00:01:18 | Carvana/Bridgecrest, Dept. APS, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14966896 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2025 00:01:37 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14966898 | | Email/Text: bankruptcy@philapark.org | Feb 06 2025 23:54:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14970399 | + | Email/Text: ProsperBK@prosper.com | Feb 06 2025 23:54:00 | Coastal Community Bank, C/O Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14966899 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2025 23:54:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14966900 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 06 2025 23:59:47 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14966901 | | Email/Text: mrdiscen@discover.com | Feb 06 2025 23:54:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14966902 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2025 00:00:31 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14966909 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2025 00:28:31 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14966903 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 06 2025 23:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14966904 | + | Email/Text: bankruptcy@huntington.com | Feb 06 2025 23:54:00 | Huntington National Bank, Attn: Bankruptcy, PO Box 340996, Columbus, OH 43234-0996 |
| 14966905 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 06 2025 23:54:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14966906 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 07 2025 00:01:15 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14966907 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 06 2025 23:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, TX 75001-9013 |
| 14973767 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 06 2025 23:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14971124 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2025 00:00:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14966908 | | Email/Text: Documentfiling@lciinc.com | Feb 06 2025 23:54:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 14966910 | + | Email/Text: bankruptcy@marinerfinance.com | Feb 06 2025 23:54:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14966912 | | Email/Text: fesbank@attorneygeneral.gov | Feb 06 2025 23:54:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14966917 | | Email/Text: ProsperBK@prosper.com | Feb 06 2025 23:54:00 | Prosper Funding, Llc, Attn: Bankruptcy Dept Attn: Bankruptcy D, 221 main Street, Ste 300, San Francisco, CA 94105 |
| 14966913 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2025 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14971372 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2025 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14966914 | ^ | MEBN | Feb 06 2025 23:47:46 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14966916 | | Email/Text: bankruptcy@philapark.org | Feb 06 2025 23:54:00 | Philadelphia Parking Authority, Bankruptcy |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14966918 | + | Email/Text: Loan.OpsServ@quorumfcu.org | Feb 06 2025 23:54:00 | Quorum Fcu, 2 Manhattanville R, Purchase, NY 10577-2113 |
| 14966919 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 06 2025 23:54:00 | Santander Consumer Usa, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14966920 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2025 00:01:12 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14969317 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 07 2025 00:00:02 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14966922 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 06 2025 23:54:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14966925 | | Email/Text: bknotice@upgrade.com | Feb 06 2025 23:54:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14966926 | + | Email/Text: LCI@upstart.com | Feb 06 2025 23:54:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14973848 | ^ | MEBN | Feb 06 2025 23:47:39 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14966927 | | Email/PDF: ebn_ais@aisinfo.com | Feb 07 2025 00:00:27 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14966928 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 07 2025 00:00:27 | Wells Fargo Bank, MAC S4101-08C, PO Box 29482, Phoenix, AZ 85038-9482 |
| 14975096 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 06 2025 23:59:45 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14966921 | | Thunderroad Financia |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14973768 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025        Signature:        /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 06, 2025 | Form ID: pdf900 | Total Noticed: 52

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Douglas V. Gratz help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# Philadelphia Division

| | |
|---|---|
| Douglas V. Gratz,<br><br>                          Debtor. | Case No. 25-10091-PMM<br>Chapter 13 |

### Order Granting Motion to Extend the Automatic Stay

And now, after consideration of the Motion to Extend the Automatic Stay filed by Debtor Douglas V. Gratz, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and will remain in effect unless modified by the Court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date:
**February 6, 2025**

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge