IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Douglas V. Gratz                : CHAPTER 13
                                :
                                :
                                : CASE NO. 25-10091
          Debtor                :
                                :

CERTIFICATION OF NO PAYMENT ADVICES
pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I, Douglas V. Gratz hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment.** I further certify that I received no payment advices during that period because:

____ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

____ I have received no regular income other than Veteran Disability and Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

__X__ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals. I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

____ I did not receive payment advices due to factors other than those listed above. (Please explain) self employed

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 2/20/2025

_____
Debtor