United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10091-pmm |
| Douglas V. Gratz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Mar 21, 2025  Form ID: pdf900  Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Douglas V. Gratz, 8049 Pine Rd Apt A1, Philadelphia, PA 19111-1837 |
| cr | + | Univest Bank & Trust Co., 16 Harbor Place, PO Box 197, Souderton, PA 18964-0197 |
| 14966911 | + | Optmbnk/gsky, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14966915 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14967294 | + | ThunderRoad Financial LLC, Attn: Bankruptcy, PO Box 631727, Irving, TX 75063-0001 |
| 14966923 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 14966924 | + | Univest Bank & Trust C, 14 Main St, Souderton, PA 18964-1713 |
| 14988831 | + | Univest Bank & Trust Co., C/O Amar A. Agrawal, Esquire, Eisenberg, Gold & Agrawal, P.C., 1040 N. Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 22 2025 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 22 2025 01:04:43 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14977035 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2025 01:04:43 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14966890 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2025 01:04:35 | Affirm, Inc., c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14977700 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2025 01:04:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14966891 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2025 01:04:54 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14966892 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 22 2025 00:57:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14978768 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 22 2025 00:57:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14966893 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 22 2025 00:57:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14967641 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 22 2025 01:04:53 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14966897 | | Email/Text: megan.harper@phila.gov | Mar 22 2025 00:57:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14966894 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 22 2025 01:04:42 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14971225 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Mar 22 2025 01:04:36 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14973608 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Mar 22 2025 01:04:53 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14966895 | | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Mar 22 2025 01:04:35 | Carvana/Bridgecrest, Dept. APS, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14966896 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 22 2025 01:04:53 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14966898 | | Email/Text: bankruptcy@philapark.org | | |
| | | | Mar 22 2025 00:57:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14970399 | + | Email/Text: ProsperBK@prosper.com | | |
| | | | Mar 22 2025 00:57:00 | Coastal Community Bank, C/O Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14966899 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Mar 22 2025 00:57:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14966900 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Mar 22 2025 01:04:35 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14966901 | | Email/Text: mrdiscen@discover.com | | |
| | | | Mar 22 2025 00:57:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14966902 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 22 2025 01:04:54 | Dsnb Bloomingdales, Attn: Recovery 'Bk', PO Box 9111, Mason, OH 45040 |
| 14966909 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 22 2025 01:04:36 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14966903 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Mar 22 2025 00:57:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14966904 | + | Email/Text: bankruptcy@huntington.com | | |
| | | | Mar 22 2025 00:57:00 | Huntington National Bank, Attn: Bankruptcy, PO Box 340996, Columbus, OH 43234-0996 |
| 14966905 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Mar 22 2025 00:57:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14966907 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Mar 22 2025 00:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, TX 75001-9013 |
| 14973767 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Mar 22 2025 00:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14966906 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Mar 22 2025 01:04:35 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14971124 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 22 2025 01:04:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14966908 | | Email/Text: Documentfiling@lciinc.com | | |
| | | | Mar 22 2025 00:57:00 | Lending Club, Attn: Bankruptcy, 595 Market St, San Francisco, CA 94105-2802 |
| 14966910 | + | Email/Text: bankruptcy@marinerfinance.com | | |
| | | | Mar 22 2025 00:57:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14966912 | | Email/Text: fesbank@attorneygeneral.gov | | |
| | | | Mar 22 2025 00:57:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14984760 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 22 2025 01:04:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14966917 | | Email/Text: ProsperBK@prosper.com | | |
| | | | Mar 22 2025 00:57:00 | Prosper Funding, Llc, Attn: Bankruptcy Dept Attn: |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy D, 221 main Street , Ste 300, San Francisco, CA 94105 |
| 14966913 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2025 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14971372 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2025 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14966914 | ^ | MEBN | Mar 22 2025 00:53:57 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14966916 | | Email/Text: bankruptcy@philapark.org | Mar 22 2025 00:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14985808 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2025 00:57:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14966918 | + | Email/Text: Loan.OpsServ@quorumfcu.org | Mar 22 2025 00:57:00 | Quorum Fcu, 2 Manhattanville R, Purchase, NY 10577-2113 |
| 14966919 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 22 2025 00:57:00 | Santander Consumer Usa, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14966920 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 01:04:51 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14969317 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 22 2025 01:04:35 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14966922 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 22 2025 00:57:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14966925 | | Email/Text: bknotice@upgrade.com | Mar 22 2025 00:57:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14966926 | + | Email/Text: LCI@upstart.com | Mar 22 2025 00:57:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14973848 | ^ | MEBN | Mar 22 2025 00:53:53 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14989056 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 22 2025 01:04:44 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14966927 | | Email/PDF: ebn_ais@aisinfo.com | Mar 22 2025 01:04:35 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14966928 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 22 2025 01:04:44 | Wells Fargo Bank, MAC S4101-08C, PO Box 29482, Phoenix, AZ 85038-9482 |
| 14975096 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 22 2025 01:04:54 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14966921 | | Thunderroad Financia |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14977702 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14973768 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 60

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| AMAR A AGRAWAL | on behalf of Creditor Univest Bank & Trust Co. aagrawal@egalawfirm.com  alapinski@egalawfirm.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Douglas V. Gratz help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

Certificate of Notice    Page 5 of 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| Douglas V. Gratz, | Chapter 13 |
|---|---|
| *Debtor*. | Case No. 25-10091-PMM |

**Order Granting Motion to Dismiss Chapter 13 Case**

And now, after consideration of the Motion to Dismiss Case filed by Debtor Douglas V. Gratz, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date: **March 21, 2025**

*Patricia M. Mayer*
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge